# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOLAMERE CAPITAL, a Massachusetts Limited Liability Company, <br>                   Plaintiff, <br> v. <br> MICHAEL A. DIMANNO, an individual, and ACCUIRE, LLC, a Florida Limited Liability Company, <br>                   Defendants. | **MBD No. 22-91197** |

## NOTICE OF APPEARANCE

Please enter the appearance of John M. Shoreman (*pro hac vice*) of McFadden & Shoreman, 1050 Connecticut Avenue, NW, Suite 500, Washington, DC 20036, as counsel for Defendants Michael A. DiManno and Accuire, LLC.

Dated: July 12, 2022

Respectfully submitted,

/s/ *John M. Shoreman*
John M. Shoreman *pro hac vice*
McFadden & Shoreman
1050 Connecticut Ave., NW, Suite 500
Washington, DC  20036
(571) 296-8450
jms@mcfaddenshoreman.com

Christine R. Fitzgerald (BBO #637906)
Belcher Fitzgerald LLP
Two Oliver Street, Suite 302
Boston, MA 02110
(617) 368-6890
cfitzgerald@belcherfitzgerald.com

## CERTIFICATE OF SERVICE

I certify that on July 12, 2022, I electronically filed the foregoing using the CM/ECF system. I certify that all participants having appeared in this case to date are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ *Christine R. Fitzgerald*
Christine R. Fitzgerald